**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KURT PATRICK VONEHR, | Case No.:  2:26-cv-00528-DJC-CKD |
| Plaintiff, | |
| v. | Judge: Hon.  Daniel J. Calabretta |
| GENERAL MOTORS LLC, | **ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT** |
| Defendant. | |

HAVING CONSIDERED THE PARTIES' JOINT STIPULATION TO REMAND CASE TO STATE COURT, the Court finds good cause and hereby ORDERS:

This entire case is hereby remanded to the Superior Court of the State of California for the County of San Joaquin.  Plaintiff's Motion to Remand, ECF No. 7, is DENIED AS MOOT.  The Clerk of Court shall serve a copy of this order on the State court.

IT IS SO ORDERED.

Dated:  May 20, 2026            /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOINT STIPULATION TO REMAND CASE TO STATE COURT